| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF _____ | ATTORNEY: BERGSTEIN |
| ELIZABETH A. SULLIVAN, CAROL M. DUBOIS AND JILL M. CASSAS | FF/INDEX #: |
| | DATE FILED: 12/20/07 |
| | DOCKET #: |
| | CASE NO.: 07 CV 11416 |
| Plaintiff(s)/Petitioners(s) | JUDGE ROBINSON |
| - AGAINST - | |
| TOWN OF DEERPARK, MARK A. HOUSE, TOWN SUPERVISOR, ET AL. | |
| | COURT D/T: |
| Defendants(s)/Respondent(s) | AMOUNT: |

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 1/3/08 at 1:21 PM at DEERPARK TOWN HALL
420 ROUTE 209, HUGUENOT, NY 12746

deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE ROBINSON & PROCEDURES FOR ELECTRONIC CASE FILING**

on **TOWN OF DEERPARK**  therein named

**CORPORATION** ☑ By delivering to and leaving with **FLORENCE SANTINI** and that he knew the person
so served to be the **TOWN CLERK** of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION**  Deponent describes the individual served as follows:
**FEMALE   WHITE SKIN   BROWN & GREY HAIR   55-60 YEARS   5'3"-5'6"   170-180 LBS**
Other identifying features:
**GLASSES**

Sworn to before me on: 1/4/08

_____   _____   _____
JOHN GOULD                   JOANN JOHNSON                JOAN KULIKOWSKI
NOTARY PUBLIC, STATE OF NEW YORK   NOTARY PUBLIC, STATE OF NEW YORK   KATHLEEN GOULD
QUALIFIED IN ORANGE COUNTY   QUALIFIED IN ORANGE COUNTY   NOTARY PUBLIC, STATE OF NEW YORK
COMMISION EXPIRES JULY 15, 20__   COMMISION EXPIRES AUGUST 15, 20_10_   QUALIFIED IN ORANGE COUNTY
01G05013764                  01J05031856                   COMMISION EXPIRES NOVEMBER 30, 20__
                                                          4632958