US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF

**AFFIDAVIT OF SERVICE**

ATTORNEY: BERGSTEIN
FF/INDEX #:
DATE FILED: 12/20/07
DOCKET #:

CASE NO.: 07 CV 11416
JUDGE ROBINSON

ELIZABETH A. SULLIVAN, CAROL M. DUBOIS AND JILL M. CASSAS

Plaintiff(s)/Petitioners(s)

- AGAINST -

TOWN OF DEERPARK, MARK A. HOUSE, TOWN SUPERVISOR, ET AL.

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE NEW YORK.

That on 1/7/08 at 11:31 AM at C/O TOWN OF DEERPARK POLICE DEPARTMENT
228 ROUTE 209, HUGUENOT, NEW YORK 12746

deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE ROBINSON & PROCEDURES FOR ELECTRONIC CASE FILING

on WILLIAM R. WERNER

therein named

**INDIVIDUAL** [✓] By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

[ ] AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

MALE, WHITE SKIN, BROWN HAIR, 50-55 YRS., 5'10"-6', 210-215 LBS.

Other identifying features:

MUSTACHE

**MILITARY SERVICE** [✓] I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 1/8/08

JOANN JOHNSON                    JOAN KULIKOWSKI

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958