UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELIZABETH SULLIVAN, CAROL M. DUBOIS,
and JILL M. CASSAS,

                        Plaintiffs,

-against-

TOWN OF DEERPARK, MARK A. HOUSE, Town
Supervisor, sued in his individual capacity, and
WILLIAM R. WERNER, Police Chief, sued in his
individual capacity,

                        Defendants.
------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 11416 (SCR)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendant WILLIAM R. WERNER, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendant the right to contest jurisdiction or service.

Dated: Mineola, New York
        February 6, 2008

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
Attorneys for Defendant WILLIAM R. WERNER

By: _____
     BRIAN S. SOKOLOFF (bss-7147)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 08-057

TO: BERGSTEIN & ULLRICH, LLP
Attorneys for Plaintiffs
15 Railroad Avenue
Chester, New York 10918