UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELIZABETH A. SULLIVAN, CAROL M. DUBOIS and
JILL M. CASSAS,

                Case Number.: 07 CV 11416

*Plaintiffs,*

                **AFFIDAVIT PURSUANT TO**
-*against*-                     **RULE 7.1**

TOWN OF DEERPARK, MARK A. HOUSE,
Town Supervisor, sued in his individual capacity,
And WILLIAM R. WERNER, Police Chief, sued
in his individual capacity.

*Defendants.*
-----------------------------------------------------------------X

H. Malcolm Stewart, Esq. being duly sworn deposes and says under the penalties of perjury:

1. I am associated with the Law Offices of Donald L. Frum, attorneys for the Defendant Town of Warwick.

2. The Town of Deerpark is a New York Municipal Corporation and it does not have a parent company.

Dated: Elmsford, New York
       February 13, 2008

                                                  H. Malcolm Stewart