UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ELIZABETH A. SULLIVAN, CAROL M. DUBOIS
and JILL M. CASSAS,

                        Plaintiffs,

-against-

TOWN OF DEERPARK, MARK A. HOUSE, Town
Supervisor, sued in his individual capacity, and
WILLIAM R. WERNER, Police Chief, sued in his
individual capacity,

                       Defendants.
------------------------------------------------------------------x

**REPLY TO CROSS-CLAIM**

Docket No.
07 Civ. 11416 (SCR)

Defendant WILLIAM R. WERNER, by his attorneys, MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP as and for his reply to the cross-claim of defendant MARK A. HOUSE, sets forth as follows:

Denies.

Dated: Mineola, New York
         February 20, 2008

                                   MIRANDA SOKOLOFF SAMBURSKY
                                   SLONE VERVENIOTIS, LLP
                                   Counsel for Defendant WILLIAM R. WERNER

By:_____
    BRIAN S. SOKOLOFF (bss-7147)
    240 Mineola Boulevard
    The Esposito Building
    Mineola, New York 11501
    (516) 741-7676
    Our File No. 08-057

TO: BERGSTEIN & ULLRICH, LLP
Attorneys for Plaintiffs
15 Railroad Avenue
Chester, New York 10918

HODGES, WALSH & SLATER, LLP
Attorneys for Defendant TOWN OF DEERPARK
55 Church Street, Suite 211
White Plains, New York 10601

LAW OFFICES OF DONALD L. FRUM
Attorneys for Defendant MARK A. HOUSE
565 Taxter Road
Elmsford, New York 10523

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) s.s.:
COUNTY OF NASSAU       )

**MERLISA ANDREWS**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York.

That on February 20, 2008, deponent served the within **REPLY TO CROSS-CLAIM** upon:

BERGSTEIN & ULLRICH, LLP
Attorneys for Plaintiffs
15 Railroad Avenue
Chester, New York 10918

HODGES, WALSH & SLATER, LLP
Attorneys for Defendant TOWN OF DEERPARK
55 Church Street, Suite 211
Elmsford, New York 10523

LAW OFFICE OF DONALD L. FRUM
Attorneys for Defendant MARK A. HOUSE
565 Taxter Road
Elmsford, New York 10523

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
MERLISA ANDREWS

Sworn to before me this 20th day
Of February, 2008.

_____
NOTARY PUBLIC

BRIAN S. SOKOLOFF
Notary Public, State of New York
No. 02SO4914710
Qualified in Queens County
Commission Expires November 23, 2009