UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ELIZABETH A. SULLIVAN, CAROL M. DUBOIS
and JILL M. CASSAS,

                        Plaintiffs,

    -against-

TOWN OF DEERPARK, MARK A. HOUSE, Town
Supervisor, sued in his individual capacity, and
WILLIAM R. WERNER, Police Chief, sued in his
individual capacity,

                        Defendants.
------------------------------------------------------------------x

**ANSWER TO AMENDED**
**COMPLAINT**

Docket No.
07 Civ. 11416 (SCR)

       Defendant WILLIAM R. WERNER, by his attorneys, MIRANDA SOKOLOFF

SAMBURSKY SLONE VERVENIOTIS, LLP as and for his answer to the amended

complaint in the above-referenced action, sets forth as follows:

      1.     Denies the allegations contained in ¶ "1" of the complaint, and refers all

questions of law to the Court for adjudication.

      2.     Denies knowledge or information sufficient to form a belief as to the truth of

the allegations contained in ¶ "2" of the complaint.

      3.     Denies knowledge or information sufficient to form a belief as to the truth of

the allegations contained in ¶ "3" of the complaint.

      4.     Denies knowledge or information sufficient to form a belief as to the truth of

the allegations contained in ¶ "4" of the complaint.

      5.     Admits the allegations contained in ¶ "5" of the complaint.

      6.     Denies the allegations contained in ¶ "6" of the complaint, and refers all

questions of law to the Court for adjudication.

7.    Admits the allegations contained in ¶ "7" of the complaint.

8.    Denies the allegations contained in ¶ "8" of the complaint, and refers all questions of law to the Court for adjudication.

9.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "9" of the complaint.

10.    Denies the allegations contained in ¶ "10" of the complaint, and refers all questions of law to the Court for adjudication.

11.    Admits the allegations contained in ¶ "11" of the complaint.

12.    Denies the allegations contained in ¶ "12" of the complaint.

13.    Denies the allegations contained in ¶ "13" of the complaint.

14.    Denies the allegations contained in ¶ "14" of the complaint.

15.    Denies the allegations contained in ¶ "15" of the complaint.

16.    Denies the allegations contained in ¶ "16" of the complaint.

17.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "17" of the complaint.

18.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "18" of the complaint.

19.    Denies the allegations contained in ¶ "19" of the complaint.

20.    Denies the allegations contained in ¶ "20" of the complaint.

21.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "21" of the complaint.

22.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "22" of the complaint.

23.    Denies the allegations contained in ¶ "23" of the complaint.

24.    Denies the allegations contained in ¶ "24" of the complaint.

25.    Denies the allegations contained in ¶ "25" of the complaint.

26.    Denies the allegations contained in ¶ "26" of the complaint.

27.    Denies the allegations contained in ¶ "27" of the complaint, and refers all questions of law to the Court for adjudication.

28.    Denies the allegations contained in ¶ "28" of the complaint.

29.    Admits the allegations contained in ¶ "29" of the complaint.

30.    Denies the allegations contained in ¶ "30" of the complaint.

31.    Denies the allegations contained in ¶ "31" of the complaint.

32.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "32" of the complaint.

33.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "33" of the complaint.

34.    Denies the allegations contained in ¶ "34" of the complaint.

35.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "35" of the complaint.

36.    Denies the allegations contained in ¶ "36" of the complaint.

37.    Denies the allegations contained in ¶ "37" of the complaint.

38.    Admits the allegations contained in ¶ "38" of the complaint.

39.    Denies the allegations contained in ¶ "39" of the complaint.

40.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "40" of the complaint.

41.   Denies the allegations contained in ¶ "41" of the complaint.

42.   Denies the allegations contained in ¶ "42" of the complaint.

43.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "43" of the complaint.

44.   Denies the allegations contained in ¶ "44" of the complaint.

45.   Denies the allegations contained in ¶ "45" of the complaint.

46.   Denies the allegations contained in ¶ "46" of the complaint.

47.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "47" of the complaint.

48.   Denies the allegations contained in ¶ "48" of the complaint.

49.   Denies the allegations contained in ¶ "49" of the complaint.

## CAUSES OF ACTION

50.   As and for a response to ¶ "50", defendant repeats and realleges the responses to the allegations contained in ¶¶ "1" through "49" as if more fully set forth herein.

51.   Denies the allegations contained in ¶ "51" of the complaint.

52.   Denies the allegations contained in ¶ "52" of the complaint.

53.   Denies the allegations contained in ¶ "53" of the complaint.

## FIRST AFFIRMATIVE DEFENSE

54.   Plaintiffs' complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

55.   Defendant is entitled to qualified immunity.

### THIRD AFFIRMATIVE DFEENSE

56.    Plaintiffs' claims lack subject matter jurisdiction.

### FOURTH AFFIRMATIVE DEFENSE

57.    Plaintiffs' claims are barred, in whole or in part, by the statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

58.    Plaintiffs have unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

59.    Plaintiffs are guilty of laches.

### SEVENTH AFFIRMATIVE DEFENSE

60.    Plaintiffs have failed to mitigate their damages.

### EIGHTH AFFIRMATIVE DEFENSE

61.    Plaintiffs have failed to file a notice of claim.

### NINTH AFFIRMATIVE DEFENSE

62.    Plaintiffs did not suffer an adverse employment action.

### TENTH AFFIRMATIVE DEFENSE

63.    Plaintiffs' damages, if any, were caused and/or contributed to by reason of the culpable conduct of plaintiffs or third parties.

### ELEVENTH AFFIRMATIVE DEFENSE

64.    Plaintiffs did not engage in the predicate conduct necessary to give rise to a retaliation claim.

### TWELFTH AFFIRMATIVE DEFENSE

65.    Plaintiffs have failed to avail themselves of the Town's sexual harassment policy.

## <u>THIRTEENTH AFFIRMATIVE DEFENSE</u>

66.    Defendant Werner, an individual, may not be sued under Title VII of the Civil Rights Act of 1964.

**WHEREFORE,** defendant requests judgment dismissing the complaint and denying all relief requested therein, together with such other and further relief as the Court deems just and proper.

Dated: Mineola, New York
       July 2, 2008

> MIRANDA   SOKOLOFF   SAMBURSKY SLONE VERVENIOTIS, LLP
> Counsel   for   Defendant   WILLIAM   R. WERNER
>
> By: _____
>        BRIAN S. SOKOLOFF (bss-7147)
>        240 Mineola Boulevard
>        The Esposito Building
>        Mineola, New York 11501
>        (516) 741-7676
>        Our File No. 08-057

TO:    BERGSTEIN & ULLRICH, LLP
       Attorneys for Plaintiffs
       15 Railroad Avenue
       Chester, New York 10918

       HODGES, WALSH & SLATER, LLP
       Attorneys for Defendant TOWN OF DEERPARK
       55 Church Street, Suite 211
       White Plains, New York 10601

       LAW OFFICES OF DONALD L. FRUM
       Attorneys for Defendant MARK A. HOUSE
       565 Taxter Road
       Elmsford, New York 10523