# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

July 2, 2008

### SCHEDULING ORDER
07CV11416(SCR)(LMS)

**Helen G. Ullrich**
Bergstein & Ullrich, LLP
15 Railroad Avenue
Chester, NY 10918

**John J. Walsh, II**
Boeggeman, George, & Corde, P.C.(WPls)
1 Water Street
Suite 920
White Plains, NY 10601

**Jun Sato**
Law Offices of Donald Frum
565 Taxter Road, Suite 150
Elmsford, NY 10523

**Brian S. Sokoloff**
Miranda Sokoloff Sambursky Slone Verveniotis LLP
The Esposistio Building
240 Mineola Boulevard
Mineola, NY 11501

The matter of **SULLIVAN -V- TOWN OF DEERPARK** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **August 14, 2008** at 10:00 AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.