UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ELIZABETH A. SULLIVAN, CAROL M. DUBOIS
and JILL M. CASSAS,

                              Plaintiffs,

-against-

TOWN OF DEERPARK, MARK A. HOUSE, Town
Supervisor, sued in his individual capacity, and
WILLIAM R. WERNER, Police Chief, sued in his
individual capacity,

                              Defendants.
----------------------------------------------------------------x

**REPLY TO CROSS-CLAIM**

Docket No.
07 Civ. 11416 (SCR)

Defendant WILLIAM R. WERNER, by his attorneys, MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP as and for his reply to the cross-claim of defendant MARK A. HOUSE, contained in the answer of that party to plaintiffs' amended complaint, filed on September 8, 2008, sets forth as follows:

Denies.

Dated: Mineola, New York
         September 8, 2008

                                       MIRANDA SOKOLOFF SAMBURSKY
                                       SLONE VERVENIOTIS, LLP
                                       Counsel for Defendant WILLIAM R. WERNER

                                       By: _____
                                          BRIAN S. SOKOLOFF (bss-7147)
                                       240 Mineola Boulevard
                                       The Esposito Building
                                       Mineola, New York 11501
                                       (516) 741-7676
                                       Our File No. 08-057

TO:    BERGSTEIN & ULLRICH, LLP
Attorneys for Plaintiffs
15 Railroad Avenue
Chester, New York 10918

HODGES, WALSH & SLATER, LLP
Attorneys for Defendant TOWN OF DEERPARK
55 Church Street, Suite 211
White Plains, New York 10601

LAW OFFICES OF DONALD L. FRUM
Attorneys for Defendant MARK A. HOUSE
565 Taxter Road
Elmsford, New York 10523